Spring Term
1839.
*Herndon*
vs
*Bascom.*

---

## Herndon *vs.* Bascom.

[Mr. Robert Wickliffe for appellant: Mr. Owsley for appellee.]

FROM THE CIRCUIT COURT FOR BATH COUNTY.

Chief Justice ROBERTSON delivered the opinion of the Court.

ALTHOUGH the purchaser of the legal title to the reversion may maintain a warrant for a forcible *detainer* against the tenant of his vendor, who holds after the sale of the reversion, and refuses, on proper demand, to make restitution to the purchaser: yet, Bascom, the plaintiff in the warrant in this case, has not shown, in the record in this Court, that he is the purchaser of the reversionary interest of the lessors of the tenant Herndon. The only document of title *in him*, which the record exhibits, is a conveyance purporting to have been made by James Sudduth, as an attorney *in fact*; and the record contains no power of attorney, or other evidence of authority, to Sudduth, to make the conveyance.

Wherefore, without noticing any other ground for reversal, the judgment for restitution to Bascom must be reversed, and the cause remanded for a new trial.

TRAVERSE.

*May* 6.

A warrant of forcible detainer may be maintained, *by a purchaser of the reversion,* against a tenant of his vendor.

A deed was executed by *an agent,* & because no power to him to make it, appears in the record, the title under it, is held to be defective.